UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-24497-CV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FARHAN KHAN, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Jonathan Goodman's Report and Recommendation Following the Hearing on Plaintiff's Motion for Preliminary Injunction (DE 30) ("***Report***"). In the Report, Judge Goodman recommends that the Court extend the Temporary Restraining Order in this matter until at least Tuesday, December 19, 2023, to allow the Parties to finalize their agreement or, if necessary, to permit Judge Goodman to hold a preliminary injunction hearing (if an agreement is not finalized); and approve the agreement reached between the Temporary Receiver and Defendants RSC LLC, RSC of Florida LLC, YO! Inc., and Christopher Foufas, as outlined in the Report. (*Id.* at 8.) No Party filed objections to the Report and the time to do so has passed. (*See id.* at 9–10.)

Accordingly, upon review of the Report and the record, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 30) is **AFFIRMED AND ADOPTED**.
2. The Preliminary Injunction Hearing in this matter is **RESET** for <u>**December 19, 2023, at 1:30 p.m. EST**</u> before Magistrate Judge Goodman via videoconference.

To access the hearing, all parties shall utilize the following link https://www.zoomgov.com/j/1605812205?pwd=TWJQVmRCcXVuTElVTXB2ckx5Qk9WQT09, **Meeting ID 160 581 2205**, and **Passcode 343099**.

3. For good cause shown, the Temporary Restraining Order in this case is **EXTENDED** until December 19, 2023, until after the conclusion of the rescheduled Preliminary Injunction Hearing.

4. The agreement between the Temporary Receiver and Defendants RSC LLC, RSC of Florida LLC, YO! Inc., and Christopher Foufas is **APPROVED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>18th</u> day of December, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE